# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ROBERTO ARMANDO LOPEZ CABEZAS,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM P. BARR et al.,<br><br>Respondents. | No. ED CV 20-00770-AB (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss is granted. Judgment shall be entered dismissing this action without prejudice.

Date: November 10, 2020

_____
ANDRÉ BIROTTE JR.
United States District Judge