JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ROBERTO ARMANDO LOPEZ CABEZAS, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM P. BARR et al., <br><br> Respondents. | Case No. ED CV 20-00770-AB (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed, and this action is dismissed without prejudice.

Date: November 10, 2020

ANDRÉ BIROTTE JR.
United States District Judge

1